<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7120**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

WENLEY MCCLAREN,

        Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:90-cr-00007-JPB-1)

Submitted:  March 17, 2009        Decided:  March 20, 2009

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian Christopher Crockett, Assistant Federal Public Defender, Martinsburg, West Virginia, for Appellant.  Paul Thomas Camilletti, Thomas Oliver Mucklow, Assistant United States Attorneys, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wenley McClaren appeals the district court's order granting in part and denying in part his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. McClaren, No. 3:90-cr-00007-JPB-1 (N.D.W. Va. June 30, 2008); see United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009). We further deny McClaren's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2